EXHIBIT 2



Service Order Form

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| Contracting Entity | Juch-Tech Inc | Billing Account | Juch-Tech Inc | Account Number | |
| Contact | Walt Juchniewicz | Phone | (905) 573-9449 | Email | juchniewicz@juch-tech.com |
| Representative | Austin Brown | Phone | | Email | austin.brown@zayo.com |

## New Service Order - 1054433

### Service Details

| Order Details | | Product Details | | Additional Details | |
|---|---|---|---|---|---|
| Service Order ID | 1054433 | Product | Diverse Wavelength | Route Requirements | Yes |
| Order Type | New | Product Category | Point-to-Point | Diversity Requirements | Yes |
| Service Term | 60 months | Bandwidth | 100G | Latency Requirements | No |
| Customer PO | NA | Metro Or Regional | Regional | Protection Requirements | No |

### Location Details

| Service Order Component Name | SOC Type | Term | Bandwidth | Protocol | Address | Handoff | Address | Handoff |
|---|---|---|---|---|---|---|---|---|
| SOC-0001038168 | New | 60 | 100G | 100GigE | 600 10th Rd E/Fl-1/Rm-MPOE, Hamilton, ON | Zayo Determined Handoff | 8 Garamond Ct/Fl-MMR/Rm-MH A & B, North York, ON | Zayo Determined Handoff |
| SOC-0001038169 | New | 60 | 100G | 100GigE | 600 10th Rd E/Fl-1/Rm-MPOE, Hamilton, ON | Zayo Determined Handoff | 900 N Kingsbury St/Fl-B/Rm-South Fiber Vault, Chicago, IL | Zayo Determined Handoff |

### Latency Details

| SOC Name | Address | Address | Estimated RTD Latency (ms) |
|---|---|---|---|
| SOC-0001038168 | 600 10th Rd E/Fl-1/Rm-MPOE | 8 Garamond Ct/Fl-MMR/Rm-MH A & B | |
| SOC-0001038169 | 600 10th Rd E/Fl-1/Rm-MPOE | 900 N Kingsbury St/Fl-B/Rm-South Fiber Vault | |

### Provisioning Details

| SOC Name | Address | In-Building Charges | Conduit | Cross Connect | Address | In-Building Charges | Conduit Z | Cross Connect |
|---|---|---|---|---|---|---|---|---|
| SOC-0001038168 | 600 10th Rd E/Fl-1/Rm-MPOE | Customer Responsibility | Customer Responsibility | Customer Responsibility | 8 Garamond Ct/Fl-MMR/Rm-MH A & B | Customer Responsibility | Customer Responsibility | Customer Responsibility |
| SOC-0001038169 | 600 10th Rd E/Fl-1/Rm-MPOE | Customer Responsibility | Customer Responsibility | Customer Responsibility | 900 N Kingsbury St/Fl-B/Rm-South Fiber Vault | Customer Responsibility | Customer Responsibility | Customer Responsibility |

### Route Details

| Service Order Component Name | Entrance A | Entrance Z | Local Fiber Path Diversity A | Local Fiber Path Diversity Z | Core Network Fiber Diversity | Diverse From |
|---|---|---|---|---|---|---|
| SOC-0001038168 | Dual | Dual | No | No | | |
| SOC-0001038169 | Dual | Dual | No | No | | |

### Diversity Details

| Service Order Component Name | Card Diversity A Loc | Chassis Diversity | Rack Diversiy | Power Diversity |
|---|---|---|---|---|
| SOC-0001038168 | | | | |

SOC-0001038169

## Pricing

| Product | Service Item Desc | Component | Component Address | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|---|---|---|
| Diverse Wavelength | Wavelength - MRC | SOC-0001038169 | 600 10th Rd E/Fl-1/Rm-MPOE Hamilton ON | MRC | Pending Install | 1 | USD 32,500.00 | USD 32,500.00 |
| Diverse Wavelength | Wavelength - MRC | SOC-0001038168 | 600 10th Rd E/Fl-1/Rm-MPOE Hamilton ON | MRC | Pending Install | 1 | USD 32,500.00 | USD 32,500.00 |
| Diverse Wavelength | Installation Fee | SOC-0001038169 | 600 10th Rd E/Fl-1/Rm-MPOE Hamilton ON | NRC | Pending Install | 1 | USD 10,000.00 | USD 10,000.00 |
| Diverse Wavelength | Installation Fee | SOC-0001038168 | 600 10th Rd E/Fl-1/Rm-MPOE Hamilton ON | NRC | Pending Install | 1 | USD 10,000.00 | USD 10,000.00 |
| | Monthly Recurring Charges Total: | | | | | | | USD 65,000.00 |
| | Non Recurring Charges Total: | | | | | | | USD 20,000.00 |

## Contract Details

| Details | |
|---|---|
| Service Schedule | Zayo Group, LLC Wavelengths Service Schedule Form 2017-03-03 |
| Governing MSA | Zayo Group, LLC Standard Master Service Agreement 2016-08-25 |

## Order Notes

| | |
|---|---|
| Expiration Date | Pricing on this Service Order Form expires if Service Order is not signed prior to 3/10/2018 |

**Service Order ID(s): 1054433**

### Grand Total Costs

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | USD 65,000.00 |
| Non Recurring Charges Total: | USD 20,000.00 |

*1 RACK A+B AC POWER CHICAGO, 1 RACK A+B A.C. POWER TORONTO, POP @ DUNDERN & HARRIS INCLUDED* (handwritten)

### Signatures

**Juch-Tech Inc**
Signature: *[signed]*
Printed Name: W./B JUCHNIEWICZ
Date: 28/02/2018
Title: CHAIRMAN

**Zayo Group, LLC**
Signature:
Printed Name:
Date:
Title:

### Terms and Conditions

1. Customer acknowledges that Customer is ordering the service(s) described above ("Service") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Service Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, 'the Agreement"). If Customer has not executed an Agreement and/or no Agreement is referenced in this Service Order, then this Service Order shall be governed by the terms and conditions of Zayo's Master Service Agreement and applicable Service Schedule in effect as of the date of this Service Order, incorporated herein by this reference and available upon request. This Service Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Service Order shall become a non-cancellable, binding obligation for the purchase of the Service for the Service Term stated above. By signing this Service Order, Customer further acknowledges that it has read and understands the terms and conditions of this Service Order and Customer's signatory represents that he/she is authorized to sign this Service Order on Customer's behalf.

2. All charges for the Service in this Service Order are exclusive of any taxes and other fees and surcharges (as defined below). Except for taxes based on Zayo's net income, Customer shall be responsible for payment of all applicable taxes that arise in any jurisdiction, including, without limitation, value added, consumption, sales, use, gross receipts, excise, access, and bypass ("Taxes"). Customer shall also be responsible for any property tax surcharges, additional government fees (including without limitation Federal and State regulatory fees), franchise fees, rights of way fees or charges, license or permit fees, and any other duties, fees, charges or surcharges imposed on incident to, or based upon the provision, sale, or use of the Services.("Other Fees and Surcharges") If applicable to the Services being purchased by Customer, such Other Fees and Surcharges will be listed on Customer's Invoice. If Customer is entitled to an exemption from any of the Taxes or Other Fees and Surcharges, Customer is responsible for presenting Zayo with a valid exemption certificate (in a form reasonably acceptable to Zayo). Zayo will give effect to any valid exemption certificate provided in accordance with the foregoing sentence to the extent it applies to any Service billed by Zayo to Customer following Zayo's receipt of such exemption certificate. Customer shall indemnify, defend and hold Zayo harmless from payment and reporting of all such Taxes and Other Fees and Surcharges, including costs, expenses, and penalties incurred by Zayo in settling, defending or appealing any claims or actions brought against Zayo related to, or arising from, the non-payment of such Taxes and/or Other Fees and Surcharges.

3. In support of Zayo meeting the FOC Date, Customer specifically acknowledges that Customer is responsible for all connectivity (and related costs) to Zayo Equipment (i.e. cross-connections between (i) the Zayo demarcation point and Zayo Equipment and (ii) Zayo Equipment and Customer Equipment). In addition, Customer shall be responsible for securing all rights and paying the related costs to connect to the Zayo Equipment, for securing all rights and paying the related costs to access, occupy, and conduct typical telecommunication operations within each respective building (including any necessary rights for Zayo to enter and access each building), and for providing all necessary cable pathways (all of the preceding may include, but not be limited to, construction permits and underlying rights, building access and/or occupancy agreements, building access and/or occupancy fees, lateral fees, riser fees, cross-connects and cross-connect fees, coordination at any third party owned location, and, where applicable, necessary space for Zayo's fiber termination panel and Zayo Equipment). All of the rights above, collectively, shall be referred to as "Customer Requirements" and the related costs and fees, collectively, shall be referred to as "In-Building Charges". Unless this Service Order indicates that Zayo is responsible for In- Building Charges, Customer shall reimburse Zayo in the event that a third party bills Zayo for any In-Building Charges. Customer acknowledges that any delay in Customer providing such Customer Requirements may delay Zayo from completing work at any location. In the event that Customer has not provided the Customer Requirements in time to allow Zayo to complete work at any location on or before the FOC Date, then Zayo may continue with the acceptance procedures to the extent possible and deem the Service delivered and accepted.

4. If Customer is disconnecting service(s) for any reason it must deliver notice to Zayo by email to disco@zayo.com.



**Service Order Form**

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| **Contracting Entity** | Juch-Tech Inc | **Billing Account** | Juch-Tech Inc | **Account Number** | |
| **Contact** | Walt Juchniewicz | **Phone** | (905) 573-9449 | **Email** | juchniewicz@juch-tech.com |
| **Representative** | Austin Brown | **Phone** | | **Email** | austin.brown@zayo.com |

## New Service Order - 1151979

### Service Details

| Order Details | | Product Details | | Additional Details | |
|---|---|---|---|---|---|
| Service Order ID | 1151979 | Product | Diverse Wavelength | Route Requirements | No |
| Order Type | New | Product Category | Point-to-Point | Diversity Requirements | Yes |
| Service Term | 60 months | Bandwidth | 100G | Latency Requirements | No |
| Customer PO | NA | Metro Or Regional | Regional | Protection Requirements | No |

### Location Details

| Service Order Component Name | SOC Type | Term | Bandwidth | Protocol | Address | Handoff | Address | Handoff |
|---|---|---|---|---|---|---|---|---|
| SOC-0001320603 | New | 60 | 100G | 100GigE | 600 10th Rd E/Fl-1/Rm-MPOE, Hamilton, ON | Zayo Determined Handoff | 23 Harris Ave/Fl-Main/Rm-Equipment, Brantford, ON | Zayo Determined Handoff |
| SOC-0001320628 | New | 60 | 100G | 100GigE | 600 10th Rd E/Fl-1/Rm-MPOE, Hamilton, ON | Zayo Determined Handoff | 23 Harris Ave/Fl-Main/Rm-Equipment, Brantford, ON | Zayo Determined Handoff |

### Latency Details

| SOC Name | Address | Address | Estimated RTD Latency (ms) |
|---|---|---|---|
| SOC-0001320603 | 600 10th Rd E/Fl-1/Rm-MPOE | 23 Harris Ave/Fl-Main/Rm-Equipment | |
| SOC-0001320628 | 600 10th Rd E/Fl-1/Rm-MPOE | 23 Harris Ave/Fl-Main/Rm-Equipment | |

### Provisioning Details

| SOC Name | Address | In-Building Charges | Conduit | Cross Connect | Address | In-Building Charges | Conduit Z | Cross Connect |
|---|---|---|---|---|---|---|---|---|
| SOC-0001320603 | 600 10th Rd E/Fl-1/Rm-MPOE | Customer Responsibility | Customer Responsibility | Customer Responsibility | 23 Harris Ave/Fl-Main/Rm-Equipment | Customer Responsibility | Customer Responsibility | Customer Responsibility |
| SOC-0001320628 | 600 10th Rd E/Fl-1/Rm-MPOE | Customer Responsibility | Customer Responsibility | Customer Responsibility | 23 Harris Ave/Fl-Main/Rm-Equipment | Customer Responsibility | Customer Responsibility | Customer Responsibility |

### Diversity Details

| Service Order Component Name | Card Diversity A Loc | Chassis Diversity | Rack Diversiy | Power Diversity |
|---|---|---|---|---|
| SOC-0001320603 | Line & Client Side | Yes | Yes | No |
| SOC-0001320628 | Line Side Only | Yes | Yes | No |

### Pricing

| Product | Service Item Desc | Component | Component Address | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|---|---|---|
| Diverse Wavelength | Wavelength - MRC | SOC-0001320603 | 600 10th Rd E/Fl-1/Rm-MPOE Hamilton ON | MRC | Pending Install | 1 | USD 9,375.00 | USD 9,375.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Diverse Wavelength | Wavelength - MRC | SOC-0001320628 | 600 10th Rd E/Fl-1/Rm-MPOE Hamilton ON | MRC | Pending Install | 1 | USD 9,375.00 | USD 9,375.00 |
| | Monthly Recurring Charges Total: | | | | | | | USD 18,750.00 |

## Contract Details

| Details | |
|---|---|
| Service Schedule | Zayo Group, LLC Wavelengths Service Schedule Form 2017-03-03 |
| Governing MSA | Zayo Group, LLC Standard Master Service Agreement 2018-05-21 |

## Order Notes

| | |
|---|---|
| Expiration Date | Pricing on this Service Order Form expires if Service Order is not signed prior to 7/27/2018 |
| Additional Terms and Conditions | Zayo and Customer agree that following the Acceptance of all Service related to Service Order 1151979, the billing for Service Order 1151979 will commence on the first day of the fourth month of Service Term and will continue for fifty-seven (57) months thereafter. |

## Service Order ID(s): 1151979

### Grand Total Costs

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | USD 18,750.00 |

### Signatures

| Juch-Tech Inc | Zayo Group, LLC |
|---|---|
| Signature: *[signed]* | Signature: |
| Printed Name: W.B. JUCHNIEWICZ | Printed Name: |
| Date: June 29, 2018 | Date: |
| Title: Chairman of Juch-Tech Inc | Title: |

### Terms and Conditions

1. Customer acknowledges that Customer is ordering the service(s) described above ("Service") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Service Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, 'the Agreement"). If Customer has not executed an Agreement and/or no Agreement is referenced in this Service Order, then this Service Order shall be governed by the terms and conditions of Zayo's Master Service Agreement and applicable Service Schedule in effect as of the date of this Service Order, incorporated herein by this reference and available upon request. This Service Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Service Order shall become a non-cancellable, binding obligation for the purchase of the Service for the Service Term stated above. By signing this Service Order, Customer further acknowledges that it has read and understands the terms and conditions of this Service Order and Customer's signatory represents that he/she is authorized to sign this Service Order on Customer's behalf.

2. All charges for the Service in this Service Order are exclusive of any taxes and other fees and surcharges (as defined below). Except for taxes based on Zayo's net income, Customer shall be responsible for payment of all applicable taxes that arise in any jurisdiction, including, without limitation, value added, consumption, sales, use, gross receipts, excise, access, and bypass ("Taxes"). Customer shall also be responsible for any property tax surcharges, additional government fees (including without limitation Federal and State regulatory fees), franchise fees, rights of way fees or charges, license or permit fees, and any other duties, fees, charges or surcharges imposed on incident to, or based upon the provision, sale, or use of the Services.("Other Fees and Surcharges") If applicable to the Services being purchased by Customer, such Other Fees and Surcharges will be listed on Customer's Invoice. If Customer is entitled to an exemption from any of the Taxes or Other Fees and Surcharges, Customer is responsible for presenting Zayo with a valid exemption certificate (in a form reasonably acceptable to Zayo). Zayo will give effect to any valid exemption certificate provided in accordance with the foregoing sentence to the extent it applies to any Service billed by Zayo to Customer following Zayo's receipt of such exemption certificate. Customer shall indemnify, defend and hold Zayo harmless from payment and reporting of all such Taxes and Other Fees and Surcharges, including costs, expenses, and penalties incurred by Zayo in settling, defending or appealing any claims or actions brought against Zayo related to, or arising from, the non-payment of such Taxes and/or Other Fees and Surcharges.

3. In support of Zayo meeting the FOC Date, Customer specifically acknowledges that Customer is responsible for all connectivity (and related costs) to Zayo Equipment (i.e. cross-connections between (i) the Zayo demarcation point and Zayo Equipment and (ii) Zayo Equipment and Customer Equipment). In addition, Customer shall be responsible for securing all rights and paying the related costs to connect to the Zayo Equipment, for securing all rights and paying the related costs to access, occupy, and conduct typical telecommunication operations within each respective building (including any necessary rights for Zayo to enter and access each building), and for providing all necessary cable pathways (all of the preceding may include, but not be limited to, construction permits and underlying rights, building access and/or occupancy agreements, building access and/or occupancy fees, lateral fees, riser fees, cross-connects and cross-connect fees, coordination at any third party owned location, and, where applicable, necessary space for Zayo's fiber termination panel and Zayo Equipment). All of the rights above, collectively, shall be referred to as "Customer Requirements" and the related costs and fees, collectively, shall be referred to as "In-Building Charges". Unless this Service Order indicates that Zayo is responsible for In- Building Charges, Customer shall reimburse Zayo in the event that a third party bills Zayo for any In-Building Charges. Customer acknowledges that any delay in Customer providing such Customer Requirements may delay Zayo from completing work at any location. In the event that Customer has not provided the Customer Requirements in time to allow Zayo to complete work at any location on or before the FOC Date, then Zayo may continue with the acceptance procedures to the extent possible and deem the Service delivered and accepted.

4. If Customer is disconnecting service(s) for any reason it must deliver notice to Zayo by email to disco@zayo.com.



Service Order Form

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| Legal Contracting Entity | Juch-Tech Inc | Contract Signer Contact Name | Walt Juchniewicz | SO Owner | John Rhodes |
| Account Name | Juch-Tech Inc | Contract Signer Phone | (905) 573-9449 | SO Owner Phone | |
| Billing Account Number | | Contract Signer Email | juchniewicz@juch-tech.com | SO Owner Email | john.rhodes@zayo.com |

## New Service Order - 1202847

### Service Details

| Order Details | | Location Details | |
|---|---|---|---|
| Service Order # | 1202847 | Address | 151 Front St W/Fl-4/Rm-zColo Toronto, ON M5J 2N1 |
| Order Type | New | | |
| Term | 3 | | |
| Product | Colocation | | |
| Product Category | Space and Power | | |

#### ▼ Colo Space - Customer Signature

| Space Type | Billable Cage Size | Badge Reader | Biometrics Reader | Ladder Racking | Fiber Tray | Cage Build Type |
|---|---|---|---|---|---|---|
| 1/2 Rack/Cabinet | | No | No | No | No | |

| Description | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|
| Cabinet - MRC | MRC | Pending Install | 1 | USD 300.00 | USD 300.00 |
| Installation Fee | NRC | Pending Install | 1 | USD 1,500.00 | USD 1,500.00 |

#### ▼ Colo Power - Customer Signature

| Power Voltage | Power Type | Power Feeds | Breaker Size | Power Strip Type | B Feed Diversity |
|---|---|---|---|---|---|
| 120V | AC | A Feed | 20 | | |

| Description | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|
| Colocation - AC Power - MRC | MRC | Pending Install | 1 | USD 320.00 | USD 320.00 |

#### ▼ Colo Power - Customer Signature

| Power Voltage | Power Type | Power Feeds | Breaker Size | Power Strip Type | B Feed Diversity |
|---|---|---|---|---|---|
| 120V | AC | B Feed | 20 | | UPS Diversity |

| Description | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|
| Colocation - AC Power - MRC | MRC | Pending Install | 1 | USD 160.00 | USD 160.00 |

#### ▼ Colo Entrance Facility - Customer Signature

| Handoff | Handoff Z | Connector Type | Connector Type Z | Port Size | Port Type | Port Handoff Speed | Interconnect Type | Location A | Location Z | Entrance Facility - Ports |
|---|---|---|---|---|---|---|---|---|---|---|

### Order Notes

| | |
|---|---|
| Expiration Date | Pricing on this Service Order Form expires if Service Order is not signed prior to 10/5/2018 |
| Additional Technical Information | 1/2 CAB with 120v20amp A&B Feeds and 120v20amp PDUs |

## Contract Details

| Details | |
|---|---|
| Service Schedule | Zayo Group, LLC Service Schedule Colocation Services 2018-05-22 |
| Governing MSA | Zayo Group, LLC Standard Master Service Agreement 2018-05-21 |

**Service Order ID(s): 1202847**

### Grand Total Costs

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | USD 780.00 |
| Non Recurring Charges Total: | USD 1,500.00 |

### Signatures

| Juch-Tech Inc | Zayo Group, LLC |
|---|---|
| Signature: *[signature]* | Signature: |
| Printed Name: Nicole Juchniewicz | Printed Name: |
| Date: Sept/18/2018 | Date: |
| Title: President + CEO Juch-Tech | Title: |

### Terms and Conditions

1. Customer acknowledges that Customer is ordering the service(s) described above ("Service") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Service Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, "the Agreement"). If Customer has not executed an Agreement and/or no Agreement is referenced in this Service Order, then this Service Order shall be governed by the terms and conditions of Zayo's Master Service Agreement and applicable Service Schedule in effect as of the date of this Service Order, incorporated herein by this reference and available upon request. This Service Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Service Order shall become a non-cancellable, binding obligation for the purchase of the Service for the Service Term stated above. By signing this Service Order, Customer further acknowledges that it has read and understands the terms and conditions of this Service Order and Customer's signatory represents that he/she is authorized to sign this Service Order on Customer's behalf.

2. All charges for the Service in this Service Order are exclusive of any taxes and other fees and surcharges (as defined below). Except for taxes based on Zayo's net income, Customer shall be responsible for payment of all applicable taxes that arise in any jurisdiction, including, without limitation, value added, consumption, sales, use, gross receipts, excise, access, and bypass ("Taxes"), Customer shall also be responsible for any property tax surcharges, additional government fees (including without limitation Federal and State regulatory fees), franchise fees, rights of way fees or charges, license or permit fees, and any other duties, fees, charges or surcharges imposed on incident to, or based upon the provision, sale, or use of the Services.("Other Fees and Surcharges") If applicable to the Services being purchased by Customer, such Other Fees and Surcharges will be listed on Customer's invoice. If Customer is entitled to an exemption from any of the Taxes or Other Fees and Surcharges, Customer is responsible for presenting Zayo with a valid exemption certificate (in a form reasonably acceptable to Zayo). Zayo will give effect to any valid exemption certificate provided in accordance with the foregoing sentence to the extent it applies to any Service billed by Zayo to Customer following Zayo's receipt of such exemption certificate. Customer shall indemnify, defend and hold Zayo harmless from payment and reporting of all such Taxes and Other Fees and Surcharges, including costs, expenses, and penalties incurred by Zayo in settling, defending or appealing any claims or actions brought against Zayo related to, or arising from, the non-payment of such Taxes and/or Other Fees and Surcharges.

3. In support of Zayo meeting the FOC Date, Customer specifically acknowledges that Customer is responsible for all connectivity (and related costs) to Zayo Equipment (i.e. cross-connections between (i) the Zayo demarcation point and Zayo Equipment and (ii) Zayo Equipment and Customer Equipment). In addition, Customer shall be responsible for securing all rights and paying the related costs to connect to the Zayo Equipment, for securing all rights and paying the related costs to access, occupy, and conduct typical telecommunication operations within each respective building (including any necessary rights for Zayo to enter and access each building), and for providing all necessary cable pathways (all of the preceding may include, but not be limited to, construction permits and underlying rights, building access and/or occupancy agreements, building access and/or occupancy fees, lateral fees, riser fees, cross-connects and cross-connect fees, coordination at any third party owned location, and, where applicable, necessary space for Zayo's fiber termination panel and Zayo Equipment). All of the rights above, collectively, shall be referred to as "Customer Requirements" and the related costs and fees, collectively, shall be referred to as "In-Building Charges". Unless this Service Order indicates that Zayo is responsible for In-Building Charges, Customer shall reimburse Zayo in the event that a third party bills Zayo for any In-Building Charges. Customer acknowledges that any delay in Customer providing such Customer Requirements may delay Zayo from completing work at any location. In the event that Customer has not provided the Customer Requirements in time to allow Zayo to complete work at any location on or before the FOC Date, then Zayo may continue with the acceptance procedures to the extent possible and deem the Service delivered and accepted.

4. If Customer is disconnecting service(s) for any reason it must deliver notice to Zayo by email to disco@zayo.com.



# Service Order Form

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| Contracting Entity | Juch-Tech Inc | Billing Account | Juch-Tech Inc | Account Number | |
| Contact | Walt Juchniewicz | Phone | (905) 573-9449 | Email | juchniewicz@juch-tech.com |
| Representative | John Rhodes | Phone | | Email | john.rhodes@zayo.com |

## New Service Order - 1209446

### Service Details

**Order Details**
| | |
|---|---|
| Service Order ID | 1209446 |
| Order Type | New |
| Service Term | 3 months |
| Customer PO | N/A |

**Product Details**
| | |
|---|---|
| Product | Standard Wavelength |
| Product Category | Point-to-Point |
| Bandwidth | 1G |
| Metro Or Regional | Metro |

**Additional Details**
| | |
|---|---|
| Route Requirements | No |
| Diversity Requirements | No |
| Latency Requirements | No |
| Protection Requirements | No |

### Location Details

| Service Order Component Name | SOC Type | Term | Bandwidth | Protocol | Address | Handoff | Address | Handoff |
|---|---|---|---|---|---|---|---|---|
| SOC-0001509325 | New | | 1G | | 151 Front St W/Fl-1/Rm-MMR 2 Toronto, ON | Zayo Determined Handoff | 8 Garamond Ct/Fl-G/Rm-CAGE CL15, North York, ON | |

### Latency Details

| SOC Name | Address | Address | Estimated RTD Latency (ms) |
|---|---|---|---|
| SOC-0001509325 | 151 Front St W/Fl-1/Rm-MMR 2 | 8 Garamond Ct/Fl-G/Rm-CAGE CL15 | |

### Provisioning Details

| SOC Name | Address | In-Building Charges | Conduit | Cross Connect | Address | In-Building Charges | Conduit 2 | Cross Connect |
|---|---|---|---|---|---|---|---|---|
| SOC-0001509325 | 151 Front St W/Fl-1/Rm-MMR 2 | Customer Responsibility | Customer Responsibility | Customer Responsibility | 8 Garamond Ct/Fl-G/Rm-CAGE CL15 | Customer Responsibility | Customer Responsibility | Customer Responsibility |

### Pricing

| Product | Service Item Desc | Component | Component Address | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|---|---|---|
| Standard Wavelength | Wavelength - MRC | SOC-0001509325 | 151 Front St W/Fl-1/Rm-MMR 2 Toronto ON | MRC | Pending Install | 1 | USD 743.54 | USD 743.54 |
| Standard Wavelength | Installation Fee | SOC-0001509325 | 151 Front St W/Fl-1/Rm-MMR 2 Toronto ON | NRC | Pending Install | 1 | USD 0.00 | USD 0.00 |
| Standard Wavelength | 3rd Party Charge Pass Thru - MRC | SOC-0001509325 | 151 Front St W/Fl-1/Rm-MMR 2 Toronto ON | MRC | Pending Install | 1 | USD 0.00 | USD 0.00 |
| | Monthly Recurring Charges Total | | | | | | | USD 743.54 |

### Contract Details

| Details | |
|---|---|
| Service Schedule | Zayo Group, LLC Wavelengths Service Schedule Form 2017-03-03 |
| Governing MSA | Zayo Group, LLC Standard Master Service Agreement 2018-05-21 |

### Order Notes

| Expiration Date | Pricing on this Service Order Form expires if Service Order is not signed prior to 10/18/2018 |
|---|---|

**Service Order ID(s): 1209446**

## Grand Total Costs

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | CAD 975.00 (USD 743.54) |

## Signatures

| Juch-Tech Inc. | Zayo Canada Inc. |
|---|---|
| Signature: *[signed]* | Signature: |
| Printed Name: Nick Judkniewicz | Printed Name: |
| Date: Sept/18/2018 | Date: |
| Title: President + CEO, Juch-Tech | Title: |

## Terms and Conditions

1. **Binding Order.** Customer acknowledges that Customer is ordering the service(s) described above ("Service") from Zayo Canada Inc. and or its applicable affiliate or subsidiary ("Zayo"). This Service Order (also referred to as a 'Service Schedule') shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above[PS1] (collectively, 'the Agreement'). If Customer has not executed an Agreement and/or no Agreement or Service Schedule is referenced in this Service Order, then this Service Order shall be governed by the terms and conditions of Zayo's Master Service Agreement and/or applicable Service Schedule in effect as of the date of this Service Order, incorporated herein by this reference and available upon request. This Service Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges and agrees that Customer is solely responsible for the accuracy of all Service Orders and other information that it provides to Zayo. Customer acknowledges that upon Zayo's acceptance, this Service Order shall become a non-cancellable, binding obligation for the purchase of the Service for the Service Term stated above notwithstanding anything contained in the Agreement to the contrary and Customer's termination fee shall be equal to the total unpaid charges through the end of the Service Term. By signing this Service Order, Customer further acknowledges that it has read and understands the terms and conditions of this Service Order and Customer's signatory represents that he/she is authorized to sign this Service Order on Customer's behalf.

2. **Taxes and Fees.** All charges for the Service in this Service Order are exclusive of any taxes and other fees and surcharges (as defined below). Except for taxes based on Zayo's net income, Customer shall be responsible for payment of all applicable taxes that arise in any jurisdiction, including, without limitation, value added, consumption, sales, use, gross receipts, excise, access, and bypass ("Taxes"). Customer shall also be responsible for any property tax surcharges, additional government fees (including without limitation federal, state and provincial regulatory fees), franchise fees, rights of way fees or charges, license or permit fees, and any other duties, fees, charges or surcharges imposed on Incident to, or based upon the provision, sale, or use of the Services ("Other Fees and Surcharges"). If applicable to the Services being purchased by Customer, such Other Fees and Surcharges will be listed on Customer's Invoice. If Customer is entitled to an exemption from any of the Taxes or Other Fees and Surcharges, Customer is responsible for presenting Zayo with a valid exemption certificate (in a form reasonably acceptable to Zayo). Zayo will give effect to any valid exemption certificate provided in accordance with the foregoing sentence to the extent it applies to any Service billed by Zayo to Customer following Zayo's receipt of such exemption certificate. Customer shall indemnify, defend and hold Zayo harmless from payment and reporting of all such Taxes and Other Fees and Surcharges, including costs, expenses, and penalties incurred by Zayo in settling, defending or appealing any claims or actions brought against Zayo related to, or arising from, the non-payment of such Taxes and/or Other Fees and Surcharges.

3. **Customer Requirements.** In support of Zayo meeting the FOC Date, Customer specifically acknowledges that Customer is responsible for all connectivity (and related costs) to Zayo Equipment (i.e. cross-connections between (i) the Zayo demarcation point and Zayo Equipment and (ii) Zayo Equipment and Customer Equipment). In addition, Customer shall be responsible for securing all rights and paying the related costs to connect to the Zayo Equipment, for securing all rights and paying the related costs to access, occupy, and conduct typical telecommunication operations within each respective building (including any necessary rights for Zayo to enter and access each building), and for providing all necessary cable pathways (all of the preceding may include, but not be limited to, construction permits and underlying rights, building access and/or occupancy agreements, building access and/or occupancy fees, lateral fees, riser fees, cross-connects and cross-connect fees, coordination at any third party owned location, and, where applicable, necessary space for Zayo's fibre termination panel and Zayo Equipment). All of the rights above, collectively, shall be referred to as "Customer Requirements" and the related costs and fees, collectively, shall be referred to as "In-Building Charges". Unless this Service Order indicates that Zayo is responsible for In-Building Charges, Customer shall reimburse Zayo in the event that a third party bills Zayo for any In-Building Charges. Customer acknowledges that any delay in Customer providing such Customer Requirements may delay Zayo from completing work at any location. In the event that Customer has not provided the Customer Requirements in time to allow Zayo to complete work at any location on or before the FOC Date, then Zayo may continue with the acceptance procedures to the extent possible and deem the Service delivered and accepted.

4. **Service Activation and Service Term.** After Zayo has determined that the Service conforms to the relevant Service Specifications (including power and OTDR testing to verify performance within industry standard for calculated budget loss), Zayo will notify Customer that the Service is delivered, meets the related Service Specifications and is available for use by Customer ("Service Activation Notice"). The "Service Activation Date" shall be the earlier of (i) the date on which Customer begins using the Service for any purpose other than testing or (ii) the date that Zayo has sent the Service Activation Notice to Customer. Customer shall have two (2) days in which to notify Zayo that it is rejecting the Service that does not meet the Service Specifications. If Customer has notified Zayo within such two (2) day period that the Service does not meet the Service Specifications, and provided that such notification is legitimate, then Zayo shall take such steps reasonably necessary to cause the Service to meet the Service Specifications, at which time Zayo shall issue a new Service Activation Notice and the acceptance process above shall be repeated. Customer's failure or delay to test the Service or failure or delay to utilize the Service on or after the Service Activation Notice date shall not prevent Zayo from billing Customer for the Service. The billing of any recurring charges shall begin on the Service Activation Date and continue throughout the Service Term. Upon expiration of the Service Term, the Service Term shall automatically renew for one (1) year periods unless either Party notifies the other Party of its intent not to renew the Service at least ninety (90) days prior to the end of the Service Term then in effect. Zayo has the right to increase the rates after the expiry of the prior Service Term on 30 days' notice.

5. **Indemnification.** Each Party shall indemnify, defend and hold harmless ("Indemnifying Party") the other Party, its directors, officers, employees, and agents, successors and assigns ("Indemnified Party"), from all damages, costs, expenses and liabilities, including reasonable attorney's fees and disbursements, sustained in any action commenced by any third party in connection with the Indemnifying Party's performance of, or failure to perform, its obligations and duties under this Agreement except for those damages, costs, expenses and liabilities arising from the negligence or willful misconduct of the Indemnified Party; provided, however, that Zayo is not obligated to indemnify Customer, and Customer shall defend and indemnify Zayo hereunder, for any claims by any third party, including end user Customers, arising from services provided by Customer that incorporate any of the Services. The Indemnified Party shall promptly notify the Indemnifying Party in writing of any such suit or claim, and shall take such action as may be necessary to avoid default or other adverse consequences in connection with such claim. The Indemnified Party shall provide cooperation and participation of its personnel as required for the defense at the cost and expense of the Indemnifying Party.

6. **Credits.** The issuance of service level credits pursuant to the Agreement is Zayo's sole obligation and Customer's sole remedy for any failure or non-performance of a Service under this Agreement.

7. If Customer is disconnecting service(s) for any reason it must deliver notice to Zayo by email to disco@zayo.com.



# Service Order Form

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| Contracting Entity | Juch-Tech Inc | Billing Account | Juch-Tech Inc | Account Number | |
| Contact | Walt Juchniewicz | Phone | (905) 573-9449 | Email | juchniewicz@juch-tech.com |
| Representative | John Rhodes | Phone | | Email | john.rhodes@zayo.com |

## New Service Order - 1163881

### Service Details

| Order Details | | Product Details | | Additional Details | |
|---|---|---|---|---|---|
| Service Order ID | 1163881 | Product | Standard Wavelength | Route Requirements | No |
| Order Type | New | Product Category | Point-to-Point | Diversity Requirements | No |
| Service Term | 60 months | Bandwidth | 100G | Latency Requirements | No |
| Customer PO | N/A | Metro Or Regional | Metro | Protection Requirements | No |

### Location Details

| Service Order Component Name | SOC Type | Term | Bandwidth | Protocol | Address | Handoff | Address | Handoff |
|---|---|---|---|---|---|---|---|---|
| SOC-0001373034 | New | 60 | 100G | 100GigE | 600 10th Rd E/Fl-1/Rm-MPOE, Hamilton, ON | Zayo Determined Handoff | 21 King St W/Fl-B/Rm-POP, Hamilton, ON | Zayo Determined Handoff |

### Latency Details

| SOC Name | Address | Address | Estimated RTD Latency (ms) |
|---|---|---|---|
| SOC-0001373034 | 600 10th Rd E/Fl-1/Rm-MPOE | 21 King St W/Fl-B/Rm-POP | |

### Provisioning Details

| SOC Name | Address | In-Building Charges | Conduit | Cross Connect | Address | In-Building Charges | Conduit Z | Cross Connect |
|---|---|---|---|---|---|---|---|---|
| SOC-0001373034 | 600 10th Rd E/Fl-1/Rm-MPOE | Customer Responsibility | Customer Responsibility | Customer Responsibility | 21 King St W/Fl-B/Rm-POP | Customer Responsibility | Customer Responsibility | Customer Responsibility |

### Pricing

| Product | Service Item Desc | Component | Component Address | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|---|---|---|
| Standard Wavelength | Wavelength - MRC | | | MRC | Pending Install | 1 | USD 6,570.00 | USD 6,570.00 |
| | Monthly Recurring Charges Total: | | | | | | | USD 6,570.00 |

### Contract Details

| Details | |
|---|---|
| Service Schedule | Zayo Group, LLC Wavelengths Service Schedule Form 2017-03-03 |
| Governing MSA | Zayo Group, LLC Standard Master Service Agreement 2018-05-21 |

### Order Notes

Expiration Date    Pricing on this Service Order Form expires if Service Order is not signed prior to 8/22/2018

## Service Order ID(s): 1163881

### Grand Total Costs

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | USD 6,570.00 |
| Taxes and impositions As Invoiced[2] | |

### Signatures

**Juch-Tech Inc**
Signature: *[signed]*
Printed Name: W.B. JUCHNIOWICZ
Date: 20/09/2018
Title: CHAIRMAN

**Zayo Group, LLC**
Signature:
Printed Name:
Date:
Title:

### Terms and Conditions

1. Customer acknowledges that Customer is ordering the service(s) described above ("Service") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Service Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, 'the Agreement'). If Customer has not executed an Agreement and/or no Agreement is referenced in this Service Order, then this Service Order shall be governed by the terms and conditions of Zayo's Master Service Agreement and applicable Service Schedule in effect as of the date of this Service Order, incorporated herein by this reference and available upon request. This Service Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Service Order shall become a non-cancellable, binding obligation for the purchase of the Service for the Service Term stated above. By signing this Service Order, Customer further acknowledges that it has read and understands the terms and conditions of this Service Order and Customer's signatory represents that he/she is authorized to sign this Service Order on Customer's behalf.

2. All charges for the Service in this Service Order are exclusive of any taxes and other fees and surcharges (as defined below). Except for taxes based on Zayo's net income, Customer shall be responsible for payment of all applicable taxes that arise in any jurisdiction, including, without limitation, value added, consumption, sales, use, gross receipts, excise, access, and bypass ("Taxes"). Customer shall also be responsible for any property tax surcharges, additional government fees (including without limitation Federal and State regulatory fees), franchise fees, rights of way fees or charges, license or permit fees, and any other duties, fees, charges or surcharges imposed on incident to, or based upon the provision, sale, or use of the Services.("Other Fees and Surcharges") If applicable to the Services being purchased by Customer, such Other Fees and Surcharges will be listed on Customer's Invoice. If Customer is entitled to an exemption from any of the Taxes or Other Fees and Surcharges, Customer is responsible for presenting Zayo with a valid exemption certificate (in a form reasonably acceptable to Zayo). Zayo will give effect to any valid exemption certificate provided in accordance with the foregoing sentence to the extent it applies to any Service billed by Zayo to Customer following Zayo's receipt of such exemption certificate. Customer shall indemnify, defend and hold Zayo harmless from payment and reporting of all such Taxes and Other Fees and Surcharges, including costs, expenses, and penalties incurred by Zayo in settling, defending or appealing any claims or actions brought against Zayo related to, or arising from, the non-payment of such Taxes and/or Other Fees and Surcharges.

3. In support of Zayo meeting the FOC Date, Customer specifically acknowledges that Customer is responsible for all connectivity (and related costs) to Zayo Equipment (i.e. cross-connections between (i) the Zayo demarcation point and Zayo Equipment and (ii) Zayo Equipment and Customer Equipment). In addition, Customer shall be responsible for securing all rights and paying the related costs to connect to the Zayo Equipment, for securing all rights and paying the related costs to access, occupy, and conduct typical telecommunication operations within each respective building (including any necessary rights for Zayo to enter and access each building), and for providing all necessary cable pathways (all of the preceding may include, but not be limited to, construction permits and underlying rights, building access and/or occupancy agreements, building access and/or occupancy fees, lateral fees, riser fees, cross-connects and cross-connect fees, coordination at any third party owned location, and, where applicable, necessary space for Zayo's fiber termination panel and Zayo Equipment). All of the rights above, collectively, shall be referred to as "Customer Requirements" and the related costs and fees, collectively, shall be referred to as "In-Building Charges". Unless this Service Order indicates that Zayo is responsible for In- Building Charges, Customer shall reimburse Zayo in the event that a third party bills Zayo for any In-Building Charges. Customer acknowledges that any delay in Customer providing such Customer Requirements may delay Zayo from completing work at any location. In the event that Customer has not provided the Customer Requirements in time to allow Zayo to complete work at any location on or before the FOC Date, then Zayo may continue with the acceptance procedures to the extent possible and deem the Service delivered and accepted.

4. If Customer is disconnecting service(s) for any reason it must deliver notice to Zayo by email to disco@zayo.com.